# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2012

145833

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHNNY ALLEN HARRIS,
      Defendant-Appellant.

SC: 145833
COA: 296631
Oakland CC: 2009-225570-FC

_____/

On order of the Court, the application for leave to appeal the July 19, 2012 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address whether the defendant was prejudiced by the admission of Dr. Carrie Ricci's diagnosis that the complainant was the victim of child sexual abuse, and whether the defendant is entitled to a new trial. The parties shall file supplemental briefs within 42 days of the date of this order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2012

_____
Clerk

p1211